**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19-CR-315 |
| v. | : | |
| MARQUIS WILLIAMS | : | OCTOBER 30, 2020 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1(c) of the District of Connecticut Rules of Criminal Procedure and Rule 7(e) of the District of Connecticut Rules of Civil Procedure, the defendant, Marquis Williams, by and through undersigned counsel, moves this Court for an order permitting Attorney Jon Schoenhorn to withdraw his appearance as defense attorney in this matter, and to appoint substitute counsel under the provisions of the Criminal Justice Act. In support hereof, the undersigned states as follows:

1. Local Rule of Civil Procedure 83.2(a)(1), applicable to the local rules of criminal procedure, recognizes the applicability of the Rules of Professional Conduct as approved by the judges of the Connecticut Superior Court as the standard of professional conduct expected of attorneys in the District of Connecticut.

2. Connecticut Rules of Professional Conduct § 1.4(a) and (b) require consultation and communication with the client necessary to permit the client to make informed decisions regarding the representation. Despite repeated efforts by the undersigned, communications between counsel and Mr. Williams have broken down so that the continued ability to offer competent representation is no longer possible

3. Connecticut Rule of Professional Conduct 1.16(a) provides that a lawyer "shall withdraw from the representation of a client if: . . . (3) the lawyer is discharged."

4. On or about July 17, 2020, the undersigned attorney was appointed by the court to represent Mr. Williams in this case under the Criminal Justice Act.

5. On October 29, 2020 the undersigned received via U.S. Mail written correspondence from Mr. Williams, specifically requesting that I withdraw from the case.

6. It is apparent to the undersigned that the attorney-client relationship with the defendant has broken down irretrievably and that it is in the interests of justice that the court appoint another attorney to represent the defendant in this case. The undersigned

will take steps to facilitate the transfer of the file, and to communicate with replacement counsel pertaining to any outstanding legal issues.

7.  In according with Local Rule of Civil Procedure 7(e), a copy of this Motion to Withdraw as Counsel has been sent to Marquis Williams via First-Class U.S. Mail, postage prepaid, at his current address, set forth in the attached certification.

WHEREFORE, the defendant requests that this motion be granted.

THE DEFENDANT – MARQUIS WILLIAMS

By: */s/ Jon L. Schoenhorn*
Jon L. Schoenhorn, Esq., His Attorney
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT 06106
Fed. Bar No. Ct00119
T: (860) 278-3500
F: (860) 278-6393
E: casemanagement@schoenhorn.com

## **CERTIFICATION**

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

I further certify that a copy of this motion has been sent this date via first-class U.S. mail to: Marquis Williams # 14397-014, c/o Donald Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863.

*/s/ Jon L. Schoenhorn*
Jon L. Schoenhorn