The Clerk is directed to docket This Motion/Letter - So Ordered - Judge Vanessa L. Bryant

11/18

Honorable District Judge,
Vanessa L. Bryant,

Hello, first I would like to thank you for simply taking the time from out of your day to read my letter. This letter of importance. Lord willing my letter finds you in the Lord God blessing including being in the best of health. I only mean well and the above said goes to your family as well.

Moving ahead, I write you about my situation. Being detained (incarcerated) here at "Donald W. Wyatt Detention Facility". The lack of discipline by the staff of said facility ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[redacted]

THANK YOU FOR YOUR TIME AND READING MY LETTER. SIMPLY CONCERNED ABOUT MY PRESENT AND LONG TERM HEALTH.

SINCERELY,

[signature] #14397-014

# EXHIBIT
# (SEALED)