Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

District of Connecticut

Caption:

United States of America v.

Marquis Williams

Docket No.: 3:19-cr-315-VLB-1

Vanessa L. Bryant
(District Court Judge)

Notice is hereby given that Marquis Williams appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ✓ Memo on Applicability of Disputed Guidelines Enhancements (3/23/2023 -Bryant, J.)
(specify)
entered in this action on 4/25/2023
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |✓|

Defendant found guilty by plea |✓| trial | | N/A |

Offense occurred after November 1, 1987? Yes |✓| No [ ] N/A [ ]

Date of sentence: 4/25/2023 N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ ] No | | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | John M. Andreini |
| Counsel's Address: | 363 Main Street, Second Floor |
| | Hartford, CT 06106 |
| Counsel's Phone: | (860) 525-9447 |
| Assistant U.S. Attorney: | Amanda S. Oakes |
| AUSA's Address: | 157 Church Street, 25th Floor |
| | New Haven, CT 06510 |
| AUSA's Phone: | (203) 821-3797 |

_____
Signature