UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    Docket No. 3:19CR315-1(VLB)

v.

MARQUIS WILLIAMS                            July 24, 2023

GOVERNMENT'S NOTICE OF PROPOSED RESTITUTION ORDER

The Government respectfully submits the attached Proposed Restitution Order for the Court's consideration.  The restitution amount therein ($107,071.26) has been reduced slightly from the restitution amount listed in the judgment [doc. 287] to reflect the actual loss suffered by the victims (as opposed to the intended loss).  In addition, the Court should determine, as indicated on page one of the proposed order, whether interest should be applied or waived for the above-referenced Defendant.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

 /s/ Harold H. Chen

HAROLD H. CHEN
ASSISTANT U.S. ATTORNEY
FEDERAL BAR NO. CT24432
1000 LAFAYETTE BLVD., 10th FL.
BRIDGEPORT, CONNECTICUT 06604
(203) 696-3000

## CERTIFICATE OF SERVICE

      This is to certify that on July 24, 2023, copies of the foregoing Notice and Proposed Restitution Order were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              */s/ Harold H. Chen*

                              HAROLD H. CHEN
                              ASSISTANT U.S. ATTORNEY